UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTYN ROTH, | Civil Action No. 1:19-cv-03265-JGK |
| Plaintiff, | |
| v. | |
| HYDROCEPHALUS ASSOCIATION, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Moser Taboada hereby enters its appearance as counsel for Defendant, Hydrocephalus Association, Inc., in the above-captioned matter. Any and all future correspondence, pleadings, or other documents, including any electronic filings, related to this case should be forwarded to the following attorney of record:

>Charles P. Guarino
>MOSER TABOADA
>1030 Broad Street, Suite 203
>Shrewsbury, New Jersey 07702
>732-945-9498 (phone)
>732-935-7122 (facsimile)
>cguarino@mtiplaw.com (email)

Dated:  April 16, 2019

                        Respectfully submitted,

                        /s/ Charles P. Guarino
                        Charles P. Guarino
                        MOSER TABOADA
                        1030 Broad Street, Suite 203
                        Shrewsbury, New Jersey 07702
                        732-945-9498 (phone)
                        732-935-7122 (facsimile)
                        cguarino@mtiplaw.com (email)

                        *Attorneys for Defendant*
                        *Hydrocephalus Association, Inc.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KRISTYN ROTH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| v. |
| HYDROCEPHALUS ASSOCIATION, INC., |
| Defendant. |

Civil Action No. 1:19-cv-03265-JGK

**CHARLES P. GUARINO**, of full age, certifies as follows:

1.  I am an attorney with the law firm Moser Taboada, counsel to Defendant, Hydrocephalus Association, Inc., in the above-captioned action.

2.  On April 16, 2019, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically utilizing the CM/ECF system, and thereby served upon the following CM/ECF participant:

> Michael R. Graif
> Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
> 666 Third Avenue
> New York, NY 10017
> Email: MRGraif@mintz.com
> Attorney for Plaintiff

3.  I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2019

Respectfully submitted,

/s/ Charles P. Guarino
Charles P. Guarino
MOSER TABOADA
1030 Broad Street, Suite 203
Shrewsbury, New Jersey 07702
732-945-9498 (phone)
732-935-7122 (facsimile)
cguarino@mtiplaw.com (email)

*Attorneys for Defendant
Hydrocephalus Association, Inc.*